IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DUSTY ROSE and KELYE ROSE                    PLAINTIFFS

V.                    CASE NO. 5:15-CV-05055

NAVIENT SOLUTIONS, INC.
f/k/a SALLIE MAE, INC.                       DEFENDANT

### ORDER OF DISMISSAL

**IT APPEARING** to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is **ORDERED** that the case be, and it is hereby, **DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

**IT IS SO ORDERED** this ___21st___ day of September, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

/s/ Todd F. Hertzberg
Todd F. Hertzberg, Counsel for Plaintiffs
AR State Bar No. 2008268
112 W Center St, Ste 550
Fayetteville AR 72701


/s/ Tiffany L. Cox
Tiffany L. Cox, Counsel for Defendant
TX State Bar No. 24050734
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2700 Weston Centre
112 E Pecan St
San Antonio TX 78205